THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CASHMIR KOZZEN, Appellant.

(Submitted February 16, 1932; decided March 3, 1932.)

*Edward J. Reilly* for appellant.
*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.